1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

8  STEVE   GRASSILLI,   an   individual,   and
   PATRICIA GRASSILLI, an individual            CASE NO.  06-CV-0047-BTM(BLM)
9
                                                ORDER OF DISMISSAL WITH PREJUDICE
10              Plaintiffs,

11         v.

12 CARLOS  E.  RODRIGUEZ,  an  individual,
   JOE LONG, an individual, DAVID VAN
13 NYHUIS, an individual, SENIOR DEPUTY
   TORZAK, an individual and DOES 4
14 through 50, inclusive,

15              Defendants.

16

17        Pursuant to the parties' Joint Motion and Stipulation For Dismissal With Prejudice under Federal

18 Rules of Civil Procedure, rule 41(a)(1) and (2), the First Amended Complaint and the entire above-

19 entitled action is hereby  DISMISSED WITH PREJUDICE as to all defendants and parties, Plaintiffs

20 waive their right to appeal and shall not appeal the Court's order granting summary judgment for Carlos

21 Rodriguez, and all parties shall bear their own attorney's fees and costs.

22 **IT IS SO ORDERED.**

23

24 DATED:  May 2, 2007

25

26                                             Hon. Barry Ted Moskowitz
                                               United States District Judge
27

28

1